# EDSEL A DIXON

*( Pro Se Litigant )*
732 Weddle Dr. Grapevine, Texas 76051
682-301-0592

March 30, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 0 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Rains County District Clerk
Rains County Courthouse
220 West Quitman Street
P. O. Box 187 Emory, Texas
75440

> **RE:** *Cause No. 9544*
> *In the Matter of the Marriage of Edsel Amos Dixon and Heather D. Dixon and*
> *In the Interest of Ashley Lynn Dixon, A Child*
> *In the 354th Judicial District Court of Rains County, Texas*
> *Twelfth Court of Appeals Cause No.* 12-15-00080 CV

Dear Clerk or Deputy:

Enclosed is the original file stamped Notice of Appeal for filing in connection with the above matter.

Should you have any questions, please do not hesitate to contact me.

Yours very truly,

EDSEL A DIXON ( Pro Se Litigant)

Encs. as stated
Cc: H. Craig Black,
Attorney for Heather D Dixon
2510 Lee Street
Greenville, Texas 75401

Clerk of the Court (w/ enclosures)
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

CASE 9544

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| HEATHER DENICE DIXON | § | |
| AND | § | OF RAINS COUNTY, TEXAS |
| EDSEL AMOS DIXON | § | |
| | § | |
| IN THE INTEREST OF | § | |
| ASHLEY LYNN DIXON, | § | |
| MINOR CHILD | § | 354TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Edsel Amos Dixon, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on January 23, 2015.

3. Edsel Amos Dixon desires to appeal from all portions of the judgment.

4. This appeal is being taken to the Twelfth Court of Appeals.

5. This notice is being filed by Edsel Amos Dixon.

FILED IN COURT OF APPEALS
12th Court of Appeals District

AHR 0 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Respectfully submitted,

Edsel Amos Dixon
732 Weddle Dr.
Grapevine, TX 76051

FILED FOR RECORD
15 MAR 25 PM 3: 59
DEBORAH TRAYLOR
DISTRICT CLERK
RAINS COUNTY, TEXAS
BY
DEPUTY

9544; Dixon

Notice of Appeal

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas

Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Heather D. Dixon

Lead Attorney: Craig Black

Address of service: 2510 Lee Street, Greenville, Texas 75402

Method of service: By Certified Mail

Date of Service: ~~January~~ March 25 , 2015

Edsel A. Dixon

9544; Dixon

Notice of Appeal